IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


UNIVERSAL INDUSTRIAL
MANAGEMENT GROUP, LLC                                        PLAINTIFF


v.                        Case No. 3:10-cv-269-DPM


MIH STEEL
PRODUCTS, LLC                   DEFENDANT/COUNTER CLAIMANT


v.


UNIVERSAL INDUSTRIAL
MANAGEMENT GROUP, LLC                        COUNTER DEFENDANT


## JUDGMENT

The Court enters judgment for Universal Industrial Management Group, LLC against MIH Steel Products, LLC based on the parties' settlement. Universal is awarded the parties' agreed amount of $47,376.00 and a $500.00 attorney's fee for having to seek enforcement. ARK. CODE ANN. § 16-22-308. The total amount of this judgment is $47,876.00, which shall bear post-judgment interest at 0.17% per annum from this order's date until the judgment is paid. 28 U.S.C.A. § 1961(a)–(b) (West 2006).


*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2011