IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**UNIVERSAL INDUSTRIAL**
**MANAGEMENT GROUP, LLC**                                    **PLAINTIFF**

v.                            Case No. 3:10-cv-269-DPM

**MIH STEEL**
**PRODUCTS, LLC**                          **DEFENDANT/COUNTER CLAIMANT**

v.

**UNIVERSAL INDUSTRIAL**
**MANAGEMENT GROUP, LLC**                          **COUNTER DEFENDANT**

**AMENDED JUDGMENT**

The Court enters judgment for Universal Industrial Management Group, LLC against MIH Steel Products, LLC based on the parties' settlement. Universal is awarded all right, title, and interest in Barge MM-36. Universal is also awarded the parties' agreed amount of $47,376.00 and a $500.00 attorney's fee for having to seek enforcement. ARK. CODE ANN. § 16-22-308. In addition to ownership of Barge MM-36, the total dollar amount of this judgment is $47,876.00, which shall bear post-judgment interest at 0.17% per

annum from 1 July 2011 until the judgment is paid.  28 U.S.C.A. § 1961(a)–(b) (West 2006).

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

<u>16 August 2011</u>